**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 24-1307**

─────────────

GARY JONES,

Plaintiff - Appellant,

v.

P. KIM, Assistant States Attorney; GREGORY FISCHER, Assistant Public Defender; LISA FISCHELMAN, Assistant Bar Counsel; LYDIA LAWLESS, Bar Counsel; JUDIT OTVOS,

Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore. Matthew James Maddox, District Judge.  (1:23-cv-03506-MJM)

─────────────

Submitted:  July 25, 2024                                    Decided:  July 30, 2024

─────────────

Before GREGORY, HARRIS, and QUATTLEBAUM, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Gary Jones, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Jones appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint under 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order. *Jones v. Kim*, No. 1:23-cv-03506-MJM (D. Md. Mar. 8, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*